UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

3/30/2026

-------------------------------------------------------------------x

NO NAME GIVEN ABDULLAH,

                               Plaintiff,

       v.

Pamela Bondi, U.S. ATTORNEY GENERAL, and
Joseph B. Edlow, DIRECTOR, U.S. CITIZENSHIP
AND IMMIGRATION SERVICES,

                            Defendants.

-------------------------------------------------------------------x

**STIPULATION OF
DISMISSAL
WITHOUT PREJUDICE**

Civil Action No.
1:26-cv-833

(Matsumoto, J.)

      IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-captioned action, that this action shall be dismissed without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own costs, expenses, and fees.

Dated: Elmhurst, New York
       March 27, 2026

By: _____

     Mahfuzur Rahman
     Law Office of Mahfuzur Rahman
     75-21 Broadway, 3rd FL
     Elmhurst, NY 11373
     347-856-1736
     attymahfuz@gmail.com
     *Attorney for Plaintiff*

Dated: Brooklyn, New York
       March 27, 2026

     JOSEPH NOCELLA, JR.
     United States Attorney
     *Attorney for Defendants*
     Eastern District of New York
     271-A Cadman Plaza East
     Brooklyn, New York 11201

By:   */s Justin S. Kirschner*_____

     Justin S. Kirschner
     Assistant U.S. Attorney
     (718) 254-6884
     Justin.Kirschner@usdoj.gov